NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIODELIVERY SCIENCES INTERNATIONAL, INC.,**
*Appellant*

v.

**MONOSOL RX, LLC,**
*Appellee*

---

2017-1265, 2017-1266, 2017-1268

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00165, IPR2015-00168, and IPR2015-00169.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The Certified Lists are due no later than January 9, 2017.

2        BIODELIVERY SCIENCES INTL. v. MONOSOL RX, LLC

          FOR THE COURT

          /s/ Peter R. Marksteiner
          Peter R. Marksteiner
          Clerk of Court

s32